UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHING TANG LO,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No.   CV 09-3576 PA<br>          CR 02-419 PA<br><br>JUDGMENT |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED: July 28, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE